402 A.2d 661

**COMMONWEALTH of Pennsylvania**

**v.**

**Dale REINHART, Appellant.**

Supreme Court of Pennsylvania.

Argued April 19, 1979.

Decided July 5, 1979.

Emmanuel H. Dimitriou, Lieberman & Dimitriou, Reading, for appellant.

Richard B. Russell, Dist. Atty., Adam D. Bavolack, McAdoo, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM.

The order from which these appeals were filed is not appealable. Appeals dismissed.